Ryan J. Works, Esq. (NSBN 9224)
Amanda M. Perach, Esq. (NSBN 12399)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com
aperach@mcdonaldcarano.com

Robert J. Gayda, Esq.
Catherine V. LoTempio, Esq.
Laura E. Miller, Esq.
Andrew J. Matott, Esq.
(*pro hac vice applications granted*)
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
gayda@sewkis.com
lotempio@sewkis.com
millerl@sewkis.com
matott@sewkis.com

*Counsel for Official Committee
of Unsecured Creditors*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRIS MCALARY,<br><br>Appellant,<br><br>vs.<br><br>CASH CLOUD INC., *et al.*,<br><br>Appellees, | Case No.: 2:23-cv-01580-GMN<br>Appeal Reference No.: 23-21<br><br>Bankruptcy Case No.: 23-10423-mkn<br>Chapter 11<br><br>**STIPULATION AND ORDER TO CONTINUE BRIEFING DEADLINES** |

Appellant Chris McAlary ("Mr. McAlary"), by and through his counsel, the law firm of Carlyon Cica, Chtd., and the Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel McDonald Carano LLP and Seward & Kissel LLP (collectively the "Parties"), hereby stipulate and agree as follows (the "Stipulation"):

**STIPULATION**

**WHEREAS**, Mr. McAlary appealed an *Order on Motion to Convert to Chapter 7* issued by the United States Bankruptcy Court, District of Nevada.  *See* Notice of Appeal at [ECF No. 1].

**WHEREAS**, the Parties filed a *Stipulation to Stay Appeal Pending Resolution of Bankruptcy Court Approval Settlement* as the parties attempted to settle. [ECF No. 8]. The Court granted an order approving the stipulation and this matter was stayed. [ECF No. 9].

**WHEREAS,** this Court recently entered an *Order Granting Motion to Lift Stay*, setting a briefing order with the Appellant's opening brief due on December 14, 2024; answering brief due by December 25, 2024; and reply Brief due by January 8, 2025. [ECF No. 19, pp. 2-3].

**WHEREAS**, the Debtor Cash Cloud Inc. did not file an answering brief on or before December 25, 2024, and, in response to Appellant's inquiry, advised the parties on December 31, 2024, that the Debtor does not oppose the Conversion Appeal.

**WHEREAS,** the Committee had anticipated that the Debtor would file an answering brief with respect to the Conversion Appeal, and has requested that Appellant stipulate to provide the Committee time to do so, subject to approval of the Court.

/ / /

/ / /

/ / /

**IT IS HEREBY STIPULATED AND AGREED** by and between Mr. McAlary and the Committee, by and through their undersigned counsel, that the Committee shall have until January 21, 2025, to file an answering brief in response to Mr. McAlary's opening brief in the above captioned appeal. The current deadline for Appellant to file its reply brief is accordingly extended to February 4, 2025.

**IT IS SO STIPULATED.**

DATED this 31st day of December, 2024.

| McDONALD CARANO LLP | CARLYON CICA CHTD. |
|---|---|
| By: */s/ Ryan J. Works*<br>Ryan J. Works, Esq. (NSBN 9224)<br>Amanda M. Perach, Esq. (NSBN 12399)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rworks@mcdonaldcarano.com<br>aperach@mcdonaldcarano.com<br><br>Robert J. Gayda, Esq.<br>Catherine V. LoTempio, Esq.<br>Laura E. Miller, Esq.<br>Andrew J. Matott, Esq.<br>(*pro hac vice applications granted*)<br>SEWARD & KISSEL LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>gayda@sewkis.com<br>lotempio@sewkis.com<br>millerl@sewkis.com<br>matott@sewkis.com<br><br>*Counsel for Official Committee of Unsecured Creditors* | By: */s/  Candace Carlyon*<br>Candace C. Carlyon, Esq. (NSBN 2666)<br>Dawn M. Cica, Esq. (NSBN 4565)<br>265 East Warm Springs Road, Suite 107<br>Las Vegas, Nevada 89119<br>ccarlyon@carlyoncica.com<br>dcica@carlyoncica.com<br><br>*Counsel for Christopher McAlary* |

**IT IS SO ORDERED.**

Dated this __3__ day of January, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3